**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By James R. Klein, Administrator, ) | |
| ) | No. 2:20-cv-2028 |
| Plaintiff, ) | |
| ) | Judge Mark R. Hornak |
| v. ) | |
| ) | |
| SPECIALTY CONCRETE SERVICES, LLC, ) | |
| SPECIALTY ADVISORS, INC., JOHN ) | |
| LUCCI, CHRISTOPHER ENGARTNER and ) | |
| JOSEPH COSTARELLA, ) | |
| ) | |
| Defendants. ) | |

**PRAECIPE TO SATISFY JUDGMENT AS TO
DEFENDANTS CHRISTOPHER ENGARTNER AND JOSEPH COSTARELLA**

TO:   CLERK OF COURTS

   Kindly satisfy the judgment entered against the Defendants Christopher Engartner and

Joseph Costarella in the above-referenced matter.

TUCKER ARENSBERG, P.C.

*/s/Jeffrey J. Leech*
Jeffrey J. Leech, Esquire
PA ID No. 19814
jleech@tuckerlaw.com

Neil J. Gregorio, Esquire
PA ID No. 90859
ngregorio@tuckerlaw.com

Attorneys for Plaintiff
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212

TADMS:5589821-1 010342-183801

## CERTIFICATE OF SERVICE

I hereby certify that the *Praecipe to Satisfy Judgment as to Defendants Christopher Engartner and Joseph Costarella* was served on all parties of record by electronic mail, on the 14th day of October 2021, addressed as follows:

>
> Christopher Engartner
> 4700 Market Street
> Youngstown, OH  44512
>
> Joseph Costarella
> 38 S. Shore Drive
> Youngstown, OH  44512

*/s/Jeffrey J. Leech*
Jeffrey J. Leech

TADMS:5589821-1 010342-183801