IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By James R. Klein, Administrator,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALTY CONCRETE SERVICES, LLC, SPECIALTY ADVISORS, INC., JOHN LUCCI, CHRISTOPHER ENGARTNER and JOSEPH COSTARELLA,<br><br>Defendants. | No. 2:20-cv-2028<br><br>Judge Mark R. Hornak |

### STIPULATION FOR DISMISSAL AS TO DEFENDANTS SPECIALTY CONCRETE SERVICES, LLC, SPECIALTY ADVISORS, INC. AND JOHN LUCCI

TO:   CLERK OF COURTS

It is hereby stipulated by the parties that the above-referenced case should be dismissed as to Defendants Specialty Concrete Services, LLC, Specialty Advisors, Inc. and John Lucci, with each part to bear its own costs, expenses and attorney fees.

Dated: October 14, 2021

TUCKER ARENSBERG, P.C.

/s/ Matthew T. Mangino
Matthew T. Mangino, Esquire
PA ID No. 53318
mmangino@lgkg.com

315 N. Mercer Street
New Castle, PA  16101
724-658-8535

Attorney for Defendants Specialty Concrete Services, LLC, Specialty Advisors, Inc. and John Lucci

/s/ Jeffrey J. Leech
Jeffrey J. Leech, Esquire
PA ID No. 19814
jleech@tuckerlaw.com

1500 One PPG Place
Pittsburgh, PA  15222
412-566-1212
412-594-5619 - Fax

Attorneys for Plaintiff, Carpenters Combined Funds, Inc.

TADMS:5586351-1 010342-183801

AND NOW, this 19TH day of October, 2021
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE